IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| STEADFAST INVESTMENTS AND PROPERTIES, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:23-cv-01091-JDB-jay |
| AMGUARD INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

ORDER OF REFERENCE

At a status conference on July 25, 2024, the parties indicated that if the Court denied Plaintiff's pending motion to permit an interlocutory appeal and stay this action, a new scheduling order would likely be necessary. (D.E. 67.) The Court has now denied that motion. Accordingly, this matter is REFERRED to the United States magistrate judge to conduct a new scheduling conference and issue an amended scheduling order. Any objections to the magistrate judge's order shall be made within fourteen days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. *See* Fed. R. Civ. P. 72.

IT IS SO ORDERED this 26th day of July 2024.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE